SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| AMANDA MARIE HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>Defendant. | No. 2:15-CV-00096-EFB<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file A Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of June 1, 2015, by forty-five days, to the new due date of July 16, 2015, **and all other deadlines be extended accordingly**. This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

///

///

1

| | |
|---|---|
| DATED: April 23, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX |
| /s/ Shellie Lott<br>SHELLIE LOTT,<br>Attorney for Plaintiff | /s/ Jennifer Lee Tarn<br>JENNIFER LEE TARN,<br>(As authorized via E-mail on 04/22/15)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

OF COUNSEL:

MARCELO ILLARMO
Assistant Regional Counsel

Pursuant to the stipulation of the parties and good cause appearing, the request for an extension of time for plaintiff to file a Motion For Summary Judgment is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before July 16, 2015.

SO ORDERED.

DATED:  April 27, 2015.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2