BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Phone: (415) 977-8825
    Fax: (415) 744-0134
    Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| AMANDA MARIE HENDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-CV-00096-EFB<br><br>STIPULATION FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from August 13, 2015, to September 14, 2015. Plaintiff's reply would be due on September 28, 2015. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's Attorney Of Counsel has a higher than normal workload, and requires additional time to prepare the Commissioner's response.

    Counsel apologizes to the Court for any inconvenience caused by this delay.

Stip. & Prop. Order for Ext.; 2:15-CV-00096-EFB      1

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | CERNEY, KRUEZE & LOTT, LLP |
| Dated:  August 7, 2015 | */s/ Shellie Lott\** |
|   | (\*as authorized via e-mail on August 7, 2015) |
|   | SHELLIE LOTT |
|   | Attorney for Plaintiff |

Dated:  August 7, 2015     BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney

Attorneys for Defendant

Of Counsel to Defendant
MARCELO N. ILLARMO
Assistant Regional Counsel

## ORDER

Good cause appearing, pursuant to stipulation, it is so ordered.  Defendant shall file her response to Plaintiff's Motion for Summary Judgment on or before September 14, 2015.  Plaintiff's reply brief will be due on or before September 28, 2015.

Dated:  August 8, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE