BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8944
     Facsimile: (415) 744-0134
     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| AMANDA MARIE HENDERSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:15-CV-00096-EFB<br><br>STIPULATION AND ORDER FOR A<br>SECOND EXTENSION OF TIME |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 14, 2015, to October 14, 2015.  Plaintiff's reply would be due on October 28, 2015.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's Attorney Of Counsel has a higher than normal workload, and requires additional time to prepare the Commissioner's response.

     Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

CERNEY, KRUEZE & LOTT, LLP
Dated: September 9, 2015            /s/ Shellie Lott*
                                   (*as authorized via e-mail on September 8, 2015)
                                   SHELLIE LOTT
                                   Attorney for Plaintiff


Dated: September 9, 2015            BENJAMIN B. WAGNER
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                           By:     /s/ Marcelo Illarmo
                                    MARCELO ILLARMO
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant


## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON OR BEFORE OCTOBER 14, 2015.  PLAINTIFF'S REPLY BRIEF WILL BE DUE ON OR BEFORE OCTOBER 28, 2015.

Dated: September 10, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE