BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA MARIE HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 15-0096<br><br>**PROPOSED ORDER AND STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Office of Disability Adjudication and Review will direct the Administrative Law Judge (ALJ) to hold a new hearing; give the claimant an opportunity to testify and submit additional evidence; further consider the claimant's residual functional capacity; if warranted, obtain supplemental vocational expert testimony, ensuring that the hypothetical posed to the vocational expert

includes all of the claimant's limitations; and issue a new decision.

     As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

Respectfully submitted,

Dated:  October 5, 2015

BENJAMIN B. WAGNER  
United States Attorney  
DONNA L. CALVERT  
Regional Chief Counsel, Region IX  
Social Security Administration

By:  */s/ Marcelo Illarmo*  
MARCELO ILLARMO  
Special Assistant United States Attorney  
Attorneys for Defendant

Dated: October 5, 2015

*/s/ Linda S. Ziskin*  
LINDA S. ZISKIN  
(as authorized via email on October 5, 2015)  
Attorney at Law  
Attorney for Plaintiff

## ORDER

APPROVED AND SO ORDERED.  The Clerk shall enter judgment in favor of plaintiff.

Dated:  October 7, 2015.

*[signature: Edmund F. Brennan]*  
EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE